**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,**<br><br>Plaintiff,<br>v.<br><br>**OFFICE OF THE SOLICITOR, of the U.S. Department of the Interior, HILARY TOMPKINS, as Solicitor, U.S. Department of the Interior;**<br><br>Defendants. | **OLD CASE NO: 1:15-cv-01412 AWI SMS**<br><br>**NEW CASE NO: 1:15-cv-01412 LJO GSA**<br><br>**ORDER RELATING AND REASSIGNING CASE** |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to numerous actions before the undersigned, including, most directly, *San Luis & Delta-Mendota Water Authority, et al. v. Jewell, et al.*, Case No. 1:15-cv-01290 LJO GSA. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the currently assigned district and magistrate judges have not engaged in this matter in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Gary S. Austin will promote efficiency and economy for the Court and parties.

An order relating cases under this Court's Local Rule 123 merely assigns them to the same

district judge and magistrate judge, and no consolidation of cases is effected. On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Gary S. Austin. All documents shall bear the new case number:

**1:15-cv-01412 LJO GSA.**

**IT IS SO ORDERED**
**Dated: September 17, 2015**

                                          /s/ Lawrence J. O'Neill
                                        **United States District Judge**