BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Tel:   (916) 554-2720
Fax:   (916) 554-2900

Attorneys for Federal Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>The U.S. DEPARTMENT OF THE INTERIOR; and the OFFICE OF THE SOLICITOR, of the U.S. Department of the Interior,<br><br>　　　　　Defendants. | Case No. 1:15-cv-01412 LJO GSA<br><br>**STIPULATION AND ORDER RE TIME FOR FEDERAL DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT; ORDER** |

　　　　Plaintiff filed its original Complaint on September 17, 2015 (ECF No. 1), and served it on the United States Attorney's Office on September 18, 2015.  ECF Nos. 7 and 7.  On October 9, 2015, plaintiff filed its First Amended Complaint as of right.  ECF No. 8.

///

///

///

///

///

///

The parties hereby stipulate and agree that the federal defendants shall have until November 13, 2015 to respond to the First Amended Complaint.

DATED:  October 9, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney
Attorneys for Federal Defendants

DATED:  October 9, 2015

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

*/s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED**
**Dated: October 15, 2015**

**/s/ Lawrence J. O'Neill**
**United States District Judge**