1  DANIEL J. O'HANLON, State Bar No. 122380
   REBECCA R. AKROYD, State Bar No. 267305
2  ELIZABETH LEEPER, State Bar No. 280451
   KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
3  A Professional Corporation
   400 Capitol Mall, 27th Floor
4  Sacramento, California 95814
   Telephone: (916) 321-4500
5  Facsimile: (916) 321-4555

6  Attorneys for Plaintiff, SAN LUIS & DELTA-
   MENDOTA WATER AUTHORITY
7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY,<br><br>              Plaintiff,<br><br>        v.<br><br>The U.S. DEPARTMENT OF THE INTERIOR; and the OFFICE OF THE SOLICITOR, of the U.S. Department of the Interior,<br><br>              Defendants. | Case No. 1:15-cv-01412-LJO-EPG<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE**<br><br>The Hon. Lawrence J. O'Neill |

1480434.1  10355-066

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(a)(ii). All parties agree to bear their own attorneys' fees, costs, and expenses.

Dated: August 8, 2016  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

Dated: August 8, 2016  PHILLIP A. TALBERT
United States Attorney

By: */s/ Lynn Trinka Ernce*
Lynn Trinka Ernce
Assistant United States Attorney
Attorneys for Federal Defendants, U.S. DEPARTMENT OF THE INTERIOR, OFFICE OF THE SOLICITOR

IT IS SO ORDERED.

Dated: **August 9, 2016**  **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1480434.1 10355-066

1

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE